UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
MALIBU MEDIA, LLC,                                                 :
                                                                   :          Case No. 2:18-cv-07161-JS-SIL
                                                                   :
                              vs.                                  :
                                                                   :
JOHN DOE subscriber assigned IP address                            :          ORDER
67.84.28.73,                                                       :
                                                                   :
                              Defendant.                           :
-------------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant")

through its counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily

dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address

67.84.28.73. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered

Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative

purposes.

Dated: October 14, 2019                                  Respectfully Submitted,

                                              By:    /s/ Kevin T. Conway
                                                     Kevin T. Conway (KC-3347)

The Clerk of the Court is                            80 Red Schoolhouse Road, Suite 110
                                                     Spring Valley, NY 10977
directed to mark this case                           T: (845) 352-0206
                                                     F: (845) 352-0481
CLOSED.                                               Email: ktcmalibu@gmail.com
                                                     *Attorneys for Plaintiff*

SO ORDERED:
/s/   JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Oct. 16, 2019                       1
Central Islip, NY